## Case No. 13,758.

### TARROW v. BROWN.

[Cited in Brook v. Brown, Case No. 1,931. Nowhere reported; opinion not now accessible.]